**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

H.C., a minor, by his parents and next friends,
Ryan and Lynette Craig
823 C Street, SE
Washington, D.C. 20003,

and

RYAN AND LYNETTE CRAIG
823 C Street, SE
Washington, D.C. 20003,

K.H., a minor, by his parents and next friends,
Stacy Rosecan & Mark Hagen
5044 Dana Place, NW
Washington, D.C. 20016,

and

STACY ROSECAN & MARK HAGEN
5044 Dana Place, NW
Washington, D.C. 20016,

A.K., a minor, by his parent and next friend,
Stephen King
4725 Western Avenue, NW
Washington, D.C. 20016,

and

STEPHEN KING
4725 Western Avenue, NW
Washington, D.C. 20016,

T.K., a minor, by his parents and next friends,
Mitch & Autumn Kramer
1356 Shepherd Street, NW
Washington, D.C. 20011,

and

MITCH & AUTUMN KRAMER
1356 Shepherd Street, NW

**Civil Action No. __________________**

Washington, D.C. 20011,

M.S., a minor, by her parents and next friends,
Brian & Maria Sheridan
4527 Garrison Street, NW
Washington, D.C. 20016,

and

BRIAN & MARIA SHERIDAN
4527 Garrison Street, NW
Washington, D.C. 20016,

Plaintiffs,

v.

DISTRICT OF COLUMBIA,
A Municipal Corporation
One Judiciary Square
441 Fourth Street, NW
Washington, D.C. 20001,

and

DISTRICT OF COLUMBIA
OFFICE OF THE STATE SUPERINTENDENT
OF EDUCATION
810 First Street NE, Ninth Floor
Washington, D.C. 20002,

Defendants.

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**Preliminary Statement**

1. This is an action for payment and/or reimbursement of costs for special education and related services incurred by disabled children and their parents in the District of Columbia. Defendants have failed to carry out their legal duty to pay and/or reimburse those costs and,

without the Court's intervention, plaintiffs will not be able to obtain relief.

## **Jurisdiction**

2. This Court has jurisdiction pursuant to the Individuals with Disabilities Education Improvement Act ("IDEA"), 20 U.S.C. §§ 1400 *et seq*., 28 U.S.C. §§ 1331 and 1343, 42 U.S.C. § 1983, and the Fifth Amendment of the United States Constitution. Declaratory relief is authorized by 28 U.S.C. §§ 2201 and 2202.

3. Plaintiffs have exhausted their administrative remedies and seek enforcement of Hearing Officer Decisions or settlement agreements.

## **Parties**

4. Plaintiffs are disabled children and their parents who, at all times relevant to this action, were residents of the District of Columbia, and who prevailed in administrative hearings held pursuant to the IDEA and Section 504 or who successfully settled administrative appeals under those authorities.

5. The District of Columbia is a municipal corporation receiving federal funds under the IDEA. 20 U.S.C. §§ 1400 *et seq*. The District of Columbia Public Schools ("DCPS") is a local educational agency as defined by 20 U.S.C. § 1401, and as a part of the District of Columbia, receives financial assistance from the United States Department of Education. DCPS is responsible for complying with federal law with respect to the provision of a FAPE to each educationally disabled child in the District of Columbia.

## Factual Allegations

6. All of the plaintiffs prevailed in administrative hearings, as that term is used in the IDEA, or through enforceable settlement agreements while pursuing administrative hearings.

7. All plaintiffs have submitted claims to defendants for payment and/or reimbursement of the costs of special education and/or related services pursuant to the decisions or settlement agreement, as requested.

8. Defendants have failed to pay or reimburse those cost as set forth in the table below:

| Name | Invoice Number | Date Submitted | Amount Submitted | Amount Still Due |
|---|---|---|---|---|
| H.C. | HC061621 | June 16, 2021 | $31,000.00 | $31,000.00 |
| K.H. | KH073021 | July 30, 2021 | $45,000.00 | $45,000.00 |
| A.K. | AK062121 | June 21, 2021 | $40,000.00 | $40,000.00 |
| T.K. | TK070621 | July 6, 2021 | $29,000.00 | $29,000.00 |
| M.S. | MS070821 | July 8, 2021 | $48,686.40 | $48,686.40 |

9. Defendants' failure to pay or reimburse the costs to which they have obligated themselves violates the IDEA, 42 U.S.C. § 1983, and the Fifth Amendment of the United States Constitution.

WHEREFORE, plaintiffs respectfully request that this Court issue a judgment and order:

1. Declaring that defendants have violated plaintiffs' rights under the IDEA and 42 U.S.C. § 1983;

2. Compelling defendants to pay plaintiffs their documented costs for special education and related services;

3. Awarding plaintiffs their reasonable attorneys' fees and costs for this action;

4. Awarding such other relief as may be just and proper.

Respectfully Submitted,

/s/ Paula A. Rosenstock

Michael J. Eig #912733
Paula A. Rosenstock #494580
Meghan M. Probert #1004929
Haylie M. Iseman #471891

MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740
Paula.Rosenstock@lawforchildren.com

Counsel for Plaintiff